United States District Court
Southern District of Texas
**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| YANQIU RACHEL SUN, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | CIVIL ACTION NO. 4:20-cv-04171 |
| § | |
| TETRA TECHNOLOGIES, INC., § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 31, 2022, Defendant's Motion for Summary Judgment (Dkt. 19) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 27. Judge Edison filed a Memorandum and Recommendation on October 17, 2022, recommending that the motion be **GRANTED**. Dkt. 29.

On October 31, 2022, Plaintiff filed her Objections. On November 21, 2022, Defendant filed its Response to Plaintiff's Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections and Response; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 29) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion for Summary Judgment (Dkt. 19) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 22nd day of November 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE