United States District Court
Southern District of Texas
**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YANQIU RACHEL SUN, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:20-cv-04171 |
| | § | |
| TETRA TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 22nd day of November 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE